**UNITED STATES DISTRICT COURT**
**for the DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re:<br><br>Transcript Requests in Criminal Cases | Misc. No. 20-061 (GAG) |

## FOURTH AMENDED GENERAL STANDING ORDER

The Court enters this Fourth Amended Order to protect the safety of federal inmates who may be coerced by other inmates into providing transcripts of their guilty plea hearings or sentencing hearings to show that they did not receive a safety valve reduction or were not cooperating in the prosecution of other defendants.

In all criminal cases filed in the United States District Court for the District of Puerto Rico, transcripts of all proceedings will only be prepared by court reporters upon prior approval by the presiding judge.  The United States may request transcripts without prior approval from the presiding judge and may disclose transcripts to prosecutorial and law enforcement personnel as well as to witnesses without a prior court order, as required for official purposes.

Court Reporters will not receive or process transcript requests made by defendants' counsel of record or *pro se* litigants.  Except for the United States, all transcripts will be requested by motion to the Court and will be processed when ordered by the presiding judge.

Unless otherwise authorized by order of the presiding judge, transcripts shall remain under the sole custody of counsel of record.  Defense counsel shall not provide a copy of the transcripts to defendants or any third parties.

This order supersedes the Third Amended General Standing Order.

**IT IS SO ORDERED.**

**This order is to be effective <u>immediately</u>.**

In San Juan, Puerto Rico, this 11th day of April, 2023.

*s/ Raúl M. Arias-Marxuach*
Raúl M. Arias-Marxuach
Chief United States District Judge

c     www.prd.uscourts.gov
      All members of the Bar